UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61479-CIV-ALTMAN/Hunt

**SHLOMY HALAWANI**,

     Plaintiff,

v.

**CIRCLE K STORES, INC.**,

     Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**

The Court directs the parties to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **July 30, 2019**. In addition, by **July 30, 2019**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Fort Lauderdale, ~~Florida,~~ this 18th day of July 2019.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record